IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00142-CMA-MJW

LINDA KITSON, and
MICHAEL J. KITSON,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation, and
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
  an Illinois corporation,

    Defendants.

---

## ORDER GRANTING STIPULATION OF DISMISSAL OF
## DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss Defendant State Farm Mutual Automobile Insurance Company (Doc. # 10). The Court has reviewed the Stipulated Motion and ORDERS as follows:

Defendant State Farm Mutual Automobile Insurance Company is hereby DISMISSED WITHOUT PREJUDICE, with no award of attorney fees and costs in regard to State Farm's dismissal from this action. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of State Farm Mutual Automobile Insurance Company as a Defendant in this case.

    DATED: March 29, 2010

                                                          BY THE COURT:

                                                          _____
                                                          CHRISTINE M. ARGUELLO
                                                          United States District Judge