IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00142-CMA-MJW

LINDA KITSON AND
MICHAEL J. KITSON

    Plaintiffs,

v.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION FOR AMENDMENT OF SCHEDULING ORDER
( Docket No. 15 )

---

This matter comes before the Court upon the Stipulated Motion to Amend the Scheduling Order [Doc. 13] filed by the parties in this matter. Having reviewed the same, and being fully advised of the premises, the Court hereby finds and concludes as follows:

The parties' stipulated motion is hereby GRANTED. The Scheduling Order is hereby modified as follows:

In Section 4 of the Scheduling Order, beginning on page 7, and continuing on to page 8, the following paragraph is interlineated immediately after numbered paragraph 6:

> 7. As of May 31, 2007, Mr. Jared M. Green, the driver of the other vehicle involved in the automobile accident with the plaintiffs in the present lawsuit, did not have a policy of automobile insurance that would provide liability insurance coverage for Mr. Green's liability, if any, to the plaintiffs. Accordingly, the vehicle Jared

M. Green was driving in the pertinent automobile accident was an uninsured motor vehicle as defined by the pertinent Hartford automobile policy for purposes of uninsured motorist protection.

Done this 19TH day of April, 2010.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO