IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00142-CMA-MJW

LINDA KITSON AND
MICHAEL J. KITSON

      Plaintiffs,

v.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,

      Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER** ( Docket No. 18 )

---

This matter comes before the Court upon the Stipulated Motion to Amend Scheduling Order filed by the parties in this matter. Having reviewed the same, and being fully advised of the premises, the Court hereby finds and concludes as follows:

The parties' stipulated motion is hereby GRANTED. The Scheduling Order is hereby modified as follows:

Page 16(d)(2) of the scheduling order is amended to read "6 experts per side without leave of the Court."

The Scheduling Order is amended so as to permit each side to utilize, in addition to the experts already delineated in the existing scheduling order, an expert on attorney's fees and costs if necessary.

Done this 14th day of May, 2010.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO