**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00142-CMA-MJW

LINDA KITSON, and
MICHAEL J. KITSON,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,

    Defendant.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF
PLAINTIFF LINDA KITSON**

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice of All Claims Asserted By Linda Kitson, Only (Doc. # 21). The Court has reviewed the Stipulation and ORDERS as follows:

Inasmuch as there has been a complete resolution of all claims between Plaintiff Linda Kitson and Defendant Hartford Casualty Insurance Company, those claims are hereby DISMISSED WITH PREJUDICE, each party to bear her or its own attorney fees and costs under Fed. R. Civ. P. 41(a)(1)(ii). Said dismissal shall in no way affect the claims asserted by Plaintiff Michael J. Kitson against the Defendant. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Linda Kitson as a Plaintiff in this case.

    DATED: July __28__, 2010

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge