# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00142-CMA-MJW

LINDA KITSON AND
MICHAEL J. KITSON

      Plaintiffs,

v.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,

      Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO
## AMEND SCHEDULING ORDER ( Docket no 23 )

---

      This matter comes before the Court upon the Stipulated Motion to Amend Scheduling

Order filed by the parties in this matter. Having reviewed the same, and being fully advised of

the premises, the Court hereby finds and concludes as follows:

      The parties' stipulated motion is hereby GRANTED. The Scheduling Order is hereby

modified as follows:

|  | Revised Deadline |
|---|---|
| Plaintiff's expert disclosure deadline | November 16, 2010 |
| Defendant's expert disclosure deadline | December 20, 2010 |
| Rebuttal expert disclosure deadline | January 10, 2011 |
| Discovery Cut-off | January 31, 2011 |
| Dispositive Motions deadline | March 15, 2011 |
| Deadline for Interrogatories/ Request for Production | December 28, 2010 |

The final Pretrial Conference set on March 11, 2011
at 8:30 am is VACATED and RESET on
May 5, 2011 @ 9:30 a.m. The proposed Final
Pretrial Order Shall be filed on or before
April 28, 2011.

page 1

10-CV-00142-CMA-MJW
(AN 23.)

Done this ___14th___ day of September, 2010.

BY THE COURT:

_Michael J Uhat_
U. S. District Court Magistrate Judge

2

*page 2*