IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00142-CMA-MJW

LINDA KITSON AND
MICHAEL J. KITSON

    Plaintiffs,

v.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,

    Defendant.

---

# ORDER GRANTING SECOND STIPULATED MOTION TO AMEND SCHEDULING ORDER AND TO SET SETTLEMENT CONFERENCE
( Docket # 28 )

This matter comes before the Court upon the Second Stipulated Motion to Amend Scheduling Order and to Set Settlement Conference filed by the parties in this matter. Having reviewed the same, and being fully advised of the premises, the Court hereby finds and concludes as follows:

The parties' stipulated motion is hereby GRANTED. The Scheduling Order is hereby modified as follows:

|  | **Revised Deadline** |
|---|---|
| Discovery Cut-off | April 22, 2011 ✓ |

The Court shall conduct a Settlement Conference on March 8, 2011 at 10:30 a.m. ✓ with the Magistrate Judge.

Done this 21st day of January, 2011.

BY THE COURT:

*[signature]*

U. S. District Court Magistrate Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**