IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00142-CMA-MJW

MICHAEL J. KITSON,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. # 33) signed by the attorneys for the parties hereto, it is

ORDERED that this cause of action and all claims as between the parties are DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED at Denver, Colorado, this  29th  day of March, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge